SARAH E. DEWEY, Respondent, *v.* THE NIAGARA GORGE RAILROAD COMPANY, Appellant.

*Dewey* v. *Niagara Gorge R. R. Co.*, 87 App. Div. 622, affirmed.
(Argued June 17, 1904; decided August 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 9, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*George C. Riley* for appellant.

*George H. Kennedy* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

CARRIE A. ROBINSON et al., by EDWARD C. MANNERS, their Guardian ad Litem, et al., Appellants, *v.* CHARLES ADAMS et al., Partners under the Firm Name of ADAMS, McNEILL & BRIGHAM, Respondents.

*Robinson* v. *Adams*, 81 App Div. 30, affirmed.
(Argued June 17, 1904; decided August 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 29, 1903, modifying and affirming as modified a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*Edward Bruce Hill* for appellants.

*Seldon Bacon* and *George Richards* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.